1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALLEN HAMMLER,                              No.  2:16-cv-1153-JAM-EFB P

12              Plaintiff,

13        v.                                     ORDER

14   HUDSON, et al.,

15              Defendants.

16

17        Plaintiff is a California Department of Corrections and Rehabilitation ("CDCR") inmate

18   proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an

19   extension of time to file his objections to the November 28, 2018 findings and recommendations.

20        Plaintiff's request (ECF No. 52) is granted and plaintiff has 30 days from the date this

21   order is served to file his objections.

22        So ordered.

23   Dated:  December 17, 2018.

24                                              EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28